EUGENE G. IREDALE: SBN 75292
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorney for Defendant George Walther-Meade

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Catherine Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WALTHER-MEADE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 3:23-cr-00231-CAB <br><br> **NOTICE OF MOTION AND MOTION FOR PRETRIAL DISCLOSURE OF *BRADY* AND *GIGLIO* MATERIAL** <br><br> **Date: June 16, 2023** <br> **Time: 10:30 a.m.** |

TO: United States Attorney Randy Grossman, Assistant U.S. Attorney Mark Conover, and DOJ Attorneys Marihug Cedeno and Michael Harper:

Please take notice that on Friday, June 16, 2023 at 10:30 a.m., or as soon thereafter as counsel may be heard, defendant George Walther-Meade will move this Court for an order directing the Government to produce all *Brady* and *Giglio* material, including the specific categories of information set forth herein, thirty days in advance of trial.

## Motion

Defendant George Walther-Meade, through his attorney, moves the court to order the prosecution to turn over, at least thirty days before trial, the following:

1. All evidence favorable to the accused on the issue of guilt or punishment, including evidence of lack of willfulness or good faith;
2. Criminal history records of government witnesses;
3. Bad acts of government witnesses showing untruthfulness;
4. Promises or benefits provided to the witnesses;
5. Any actual or perceived threats of prosecution or adverse government actions;
6. Identification of occasions on which the government witnesses have testified.
7. Defects in the capacity of government witnesses to perceive or recollect;
8. Evidence of bias, prejudice, interest or motive;
9. Impeaching information regarding hearsay declarants; and
10. *Henthorn* material.

This motion is based on the instant motion, the attached memorandum of points and authorities, the files and records in the case, and any and all matters that may come to the Court's attention before or during the hearing of this motion.

DATED: June 1, 2023          Respectfully submitted,

*s/ Eugene Iredale*
Eugene Iredale
Attorney for Defendant
GEORGE WALTHER-MEADE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28