**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE WALTHER-MEADE (1)<br><br>Defendants. | Case No. 23-CR-0231-CAB<br><br>ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The Court finds as follows:

1. On February 9, 2023, a federal grand jury in this District returned a sealed indictment charging George Walther-Meade (the Defendant) and Juan Gonzalez Ruiz with Wire Fraud Conspiracy (Count 1), in violation of Title 18 U.S.C. § 1349, Wire Fraud (Counts 2-6), in violation of Title 18, U.S.C. §§ 1343 & 2, Money Laundering Conspiracy (Count 7), in violation of 18 U.S.C. § 1956(h), and Money Laundering Spending (Counts 8-12), in violation of 18 U.S.C. §§ 1957 & 2.  [ECF. 9].

2. On February 13, 2023, the Defendant was arraigned and the Indictment was unsealed.  [ECF. 5].

3. On February 23, 2023, the Defendant filed a Motion to Compel Discovery, Motion to Preserve Evidence, and Motion for Leave to File Further Motions.  [ECF. 22].

4. On March 24, 2023, the parties appeared for a motion hearing.  At the hearing, Defendant George Walther-Meade requested that his counsel be substituted, a request which

the Court granted. At the conclusion of the hearing, the Court continued the motion hearing to June 16, 2023, and ordered that time be excluded under the Speedy Trial Act: "Time is excluded in light of both the change of counsel as well as the ongoing review of discovery." [ECF. 30, Tr. 6:6-9].

5. On June 16, 2023, the parties appeared for a motion hearing. At the hearing, counsel for the Defendant indicated that he needed additional time to review discovery, and that he planned to potentially make requests for additional discovery. At the conclusion of the hearing, the Court continued the motion hearing for a motion to suppress filed by the Defendant to July 28, 2023, and ordered that time continued to be excluded under the Speedy Trial Act: "…and certainly, time is excluded in light of all these ongoing issues and potentially the complexity of the case." [ECF. 51, Tr. 8: 6-7].

6. On July 6, 2023, the Court ordered that the motion hearing that had previously been set for July 28, 2023, be reset to August 10, 2023. [ECF. 58].

7. On August 15, 2023, the parties appeared for a motion hearing. At the hearing, the Defendant indicated that he needed additional time to review discovery: "Since we were last in court, the defense has received, now, another 300,00 pages of discovery… so we need some additional time to review that." [ECF. 65, Tr. 2: 21-22 & 3:3-4]. In addition, Counsel for the Defendant indicated he received search warrant affidavits that he wanted additional time to review to determine whether he would file additional motions to suppress. [Id. at 3: 5-8]. As such, the Court, granting the Defendant additional time to review discovery and file additional motions, set a status conference for September 15, 2023: "…he is still reviewing discovery and says he may have additional motions. So I will set the 15th… Friday, the 15th of September." [Id. at 10: 5-10].

8. As a result of the motions filed to date, the Defendant's repeated stated need for additional time to review substantial discovery, and additional time to consider filing motions, time must be excluded.

9. After consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(B), the Court therefore finds that the time from February 23, 2023 until September 15, 2023 shall

2

be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by such a continuance of the motions hearing outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, good cause having been shown, and pursuant to 18 U.S.C. § 3161(h)(7), IT IS HEREBY ORDERED that the time from February 23, 2023, to September 15, 2023, is excluded from Speedy Trial Act calculations.

Nothing in the Court's order should preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

IT IS SO ORDERED.

Dated: August 28, 2023

_____
HON. CATHY ANN BENCIVENGO
United States District Judge

Consented to as to form and entry:

S/ W. MARK CONOVER             S/MICHAEL C. HARPER
Assistant U.S. Attorney                    Trial Attorney


S/ Eugene G. Iredale
Counsel for defendant