**COURT REPORTER / RECORDER DAILY SCHEDULE Tuesday, November 7, 2023**

| REPORTERS | | | RECORDERS | | |
|---|---|---|---|---|---|
| JUDGE | Hrgs | Covering | JUDGE | Hrgs | Covering |
| DMS (LeeAnn) | No matters | | H (Lynnette) | No matters | |
| JLS (Stephanie) | No matters | | | | |
| CAB (Chari) | No matters | | | | |
| BAS (Anne) | No matters | | | | |
| TWR (Cami) | No matters | | | | |
| LL | No matters | | | | |
| JO (Abby) | No matters | | | | |
| RBM (Adrian) | No matters | | | | |
| RSH (Tricia) | No matters | | | | |
| AGS (James) | No matters | | | | |
| JES (Amanda) | No matters | | | | |
| BTM | No matters | | | | |
| JM | No matters | | | | |
| W | No matters | | | | |
| L | No matters | | | | |
| LAB | 3 @ 10:00<br>1 @ 10:30<br>1 @ 11:00<br>1 @ 11:15<br>1 @ 11:45<br>1 @ 1:30<br>7 @ 2:00<br>1 @ 2:30 | James | | | |
| WQH (Melinda) | No matters | | | | |
| JAH | No matters | | | | |


|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **BEN** | No matters |  |  |  |  |
| **MMA (Juliet)** | No matters |  |  |  |  |
| **AJB (Amanda)** | No matters |  |  |  |  |
| **GPC** | 1 @ 10:00 | Anne |  |  |  |

**EXTRAS:** Lee, Stephanie, Chari (am), Tricia, Melinda, Lynnette
**ABSENT:** Juliet, Abby, Chari (1:00-3:00)
**TELEWORKING:** Cami, Amanda, Adrian
**TRAINING:**