# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-cr-231-CAB-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| George Walther-Meade | Booking No. 08449506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 11/9/2023 the Court entered the following order:

| | |
|---|---|
| __X__ | Defendant be released from custody. |
| ____ | Defendant placed on supervised / unsupervised probation / supervised release. |
| ____ | Defendant continued on supervised / unsupervised probation / supervised release. |
| ____ | Defendant released on _____ Bond posted. |
| ____ | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| ____ | Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated. |
| ____ | Defendant sentenced to TIME SERVED, supervised release for ____ years. |
| ____ | Bench Warrant Recalled. |
| ____ | Defendant forfeited collateral. |
| __X__ | Case dismissed. |
| ____ | Case dismissed, charges pending in case no. |
| ____ | Defendant to be release to Pretrial Services for electronic monitoring. |
| __X__ | Other. Defendant deceased. Defendant was on bond as of 2/16/2023. |

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by   A. Smith   619-557-6425

Crim-9 (Rev. 09/23)
Original

# Aishah Smith

**From:** CAS Releases
**To:** Aishah Smith
**Sent:** Thursday, November 9, 2023 1:13 PM
**Subject:** Read: 23cr231 Abstract

Your message

  To: CAS Releases
  Subject: 23cr231 Abstract
  Sent: Thursday, November 9, 2023 1:09:34 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Thursday, November 9, 2023 1:13:06 PM (UTC-08:00) Pacific Time (US & Canada).