UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 13 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CGV DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

George Walther-Meade,

Defendant.

08449-506

Case No. 23-cr-231-CAB-WV

JUDGMENT OF DISMISSAL

I have executed within DSML
Judgement and Commitment on 11/9/23
United States Marshal
By: _____
USMS Criminal Section

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:1349; 18:981(a)(1)(C), 982(a), 28:2461(c) - Wire Fraud Conspiracy; Criminal Forfeiture(1); 18:1343, 2; 18:981(a)(1)(C), 982(a), 28:2461(c) - Wire Fraud, Aiding and Abetting; Criminal Forfeiture (2-6); 18:1956(h); 18:981(a)(1)(C), 982(a), 28:2461(c) - Money Laundering Conspiracy; Criminal Forfeiture (7); 18:1957, 2; 18:921(a)(1)(C), 982(a), 28:2461(c) - Money Laundering Spending, Aiding and Abetting; Criminal Forfeiture (8-12)

Dated: 11/7/2023

_____
Hon. Jill L. Burkhardt